# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 36 EM 2020 |
| | : | |
| Appellee | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| HERBERT BLAKENEY, | : | |
| | : | |
| Appellant | : | |

## <u>ORDER</u>

**PER CURIAM**

**AND NOW**, this 17th day of June, 2020, The Application to Waive or Modify Rules Regarding Filing of Reargument Petition is **DENIED**.

Chief Justice Saylor and Justices Baer and Todd did not participate in the consideration or decision of this matter.